584

443 A.2d 382

Commonwealth v. Kodash, Appellant.

Argued December 15, 1981.  Michael F. Flannery, for appellant;  George Yatron, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.

443 A.2d 382

Commonwealth v. Lamb, Appellant.

Submitted February 23, 1981.  Elaine DeMasse, Assistant Public Defender, for appellant;  Gaele McLaughlin Barthold, for Commonwealth, appellee.

Before SPAETH, WIEAND and JOHNSON, JJ.

The judgment of sentence is affirmed.